IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BONITA WATLINGTON                                                                PLAINTIFF

v.                                     NO. 3:15-CV-227-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                   DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, and against the Plaintiff, Bonita Watlington.

DATED this 26th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE